JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| DANIEL PATRICK BUCKLEY, | ) | |
| Petitioner, | ) | Case No.  CV 13-5163-CAS(AJW) |
| | ) | |
| v. | ) | |
| | ) | |
| M. SPEARMAN, Warden, | ) | JUDGMENT |
| | ) | |
| Respondent. | ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: July 31, 2013

_Christina A. Snyder_

_____
Christina A. Snyder
United States District Judge